UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
POPPINGTON, LLC and RAQUEL HORN,          :
                                          :
     Plaintiffs,                          :
                                          :
          -v-                             :    20-cv-8616 (JSR)
                                          :
EDYWNA BROOKS and JOHN DOE 1-10,          :    ORDER
                                          :
     Defendants.                          :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

Before the Court is the motion of defendant Edwyna Brooks to dismiss the complaint for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(5), for insufficient service of process under Rule 12(b)(2), and for failure to state a claim under Rule 12(b)(6). Upon consideration, the motions to dismiss under Rule 12(b)(2) and Rule 12(b)(5) are denied. A memorandum explaining the reason for this ruling will issue in due course.

In addition, the Court will hear telephonic oral argument on the motion to dismiss under Rule 12(b)(6) on July 13, 2021 at 2:00 p.m. The dial-in information will be docketed in due course.

SO ORDERED.

Dated:  New York, NY
        July 1, 2021                      _____
                                          JED S. RAKOFF, U.S.D.J.