UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

POPPINGTON LLC and RAQUEL HORN,

    Plaintiffs-Counter-Defendants,

-v-

EDWYNA BROOKS,

    Defendant-Counter-Claimant.

---

20-cv-8616 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On June 28, 2022, the Court held a telephonic status conference in the above-captioned case at which counsel for all parties were present. Counsel informed the Court that the parties have reached a settlement in principle on the remaining counterclaims. See ECF 75 at 15. The Court therefore dismisses this case with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

The Court also grants defendant Edwyna Brooks's application for leave to file a motion for attorneys' fees under 17 U.S.C. § 505. That motion shall be briefed on the following schedule: motion due July 28, 2022; answering papers due August 11, 2022; and reply papers due August 18, 2022.

SO ORDERED.

New York, NY
June 28, 2022

                                                JED S. RAKOFF, U.S.D.J.