UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POPPINGTON LLC and RAQUEL HORN,<br><br>　　　　Plaintiffs,<br><br>　　-v-<br><br>EDWYNA BROOKS,<br><br>　　　　Defendant. | 20-cv-8616 (JSR)<br><br><u>FINAL JUDGMENT</u> |

JED S. RAKOFF, U.S.D.J.:

　　The Court previously dismissed plaintiffs' claims and entered summary judgment in favor of defendant Edwyna Brooks as to her counterclaim seeking a declaration that she is the owner of a disputed photograph and an injunction against plaintiffs restraining them from again attempting to register the disputed photograph. <u>See</u> Memorandum Order, Dkt. 75. The parties subsequently settled all remaining counterclaims and the Court dismissed the case with prejudice, except that it granted defendant leave to file a motion for attorneys' fees. <u>See</u> Order, Dkt. 76. It subsequently granted that motion, awarding Brooks $44,496.05 in legal fees and costs. <u>See</u> Memorandum Order, Dkt. 81. Since that order resolved the sole remaining issue in the case and all other claims were either adjudicated or settled, the Court hereby enters its prior order on attorneys' fees (Dkt. 81) as a final judgment in defendant Brooks' favor. The Clerk is directed to close the case.

　　SO ORDERED.

New York, NY

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　

1

May 4, 2023                                              JED S. RAKOFF, U.S.D.J.

2