UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POPPINGTON LLC and RAQUEL HORN<br>Plaintiffs<br>v.    Defendants-In-Counterclaim<br><br>EDWYNA BROOKS and JOHN DOE 1-10<br><br>Defendants<br>Plaintiff-In-Counterclaim | ) 20-CV-8616-JSR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ~~PROPOSED~~ FINAL JUDGMENT RELATING TO APPELLATE LEGAL FEES

On May 17, 2024, The United States Court of Appeals granted additional appellate legal fees to JUDGMENT CREDITOR EDWYNA BROOKS ("Plaintiff-In-Counterclaim") in <u>Poppington, LLC et al, v. Brooks</u>, 23-660 (Docket Entry 116), in the amount of $33,690.20.  The Mandate was issued in this litigation at Docket Entry 85 on June 3, 2024.

Final judgment for appellate legal fees are hereby entered plus interest from the date of May 17, 2024 pursuant to 28 US 1961, in the amount/rate of 5.33 percent (annual interest of $1,795.80 or daily interest in the amount of $4.92 cents per day) for the total sum of $33,793.52 as of June 7, 2024.  The daily interest shall incur on any unpaid amounts after June 7, 2024.  Judgment is hereby entered for JUDGMENT CREDITOR EDWYNA BROOKS.

So Ordered
June 7, 2024

Jed S. Rakoff
U.S.D.J.