```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
POPPINGTON LLC and RAQUEL HORN,      :
                                     :
                                     :
     Plaintiff,                      :
                                     :    20-cv-8616 (JSR)
          -v-                        :
                                     :
EDWYNA BROOKS and JOHN DOE 1-10,     :
                                     :
     Defendants.                     :
------------------------------------x
```

ORDER

The second sentence of Judge Rakoff's Individual Rules of Practice expressly states that "[c]orrespondence with the Court (whether by letter, email, or otherwise) . . . and copying the Court on correspondence with others, is <u>strictly forbidden</u>, except as specifically authorized by these rules or expressly requested by the Court." (emphasis in original). Notwithstanding the clear command of this rule, counsel for both parties in this and related cases have been repeatedly sending emails and other correspondence to Chambers without prior permission of the Court.

Effectively immediately, therefore, the Court will treat any such submissions as nullities and will not respond or act upon them in any way. Further, should counsel for the parties continue to violate the Court's clear rule, the Court may also impose appropriate sanctions.

SO ORDERED.

Dated: New York, NY

April 30, 2025

_____
JED S. RAKOFF, U.S.D.J.