```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
POPPINGTON LLC and RAQUEL HORN,          :
                                         :
                                         :
        Plaintiff,                       :
                                         :      20-cv-8616 (JSR)
        -v-                              :
                                         :
EDWYNA BROOKS and JOHN DOE 1-10,         :
                                         :
        Defendants.                      :
----------------------------------------x
```

ORDER

In an Order dated April 29, 2025, this Court granted the motion of defendant Edwyna Brooks for sale of assets of plaintiff Raquel Horn at public auction pursuant to N.Y. C.P.L.R. §§ 5201(c)(1), (4), § 5225, and § 5233 to satisfy approximately $78,289.57 plus interest awarded by this Court and the Second Circuit in favor of Brooks.

In aid of execution of the judgments, pursuant to N.Y. C.P.L.R. §§ 5201(c)(1), (4) and N.Y. C.P.L.R § 5225(a), Brooks seeks to capitalize on Horn's interest in the following companies:

- DGCO LLC, of which Horn is the sole owner;
- The Dash Group LLC, of which DGCO LLC and Horn are the owners and members (inclusive of its ownership in

"America Nu Network" and the "www.ceobydash.com" website);[1]

- Poppington LLC, in which Horn owns a 50% interest.

Brooks further seeks to execute against Horn's registered US Copyright TXu002259724 /2021-05-18, a book entitled "Dusko Goes To Space," also pursuant to N.Y. C.P.L.R. §§ 5201(c)(1), (4) and N.Y. C.P.L.R § 5225(a).

Finally, Brooks seeks to enforce against the following copyrights and interests in the films owned by Poppington LLC, also pursuant to N.Y. C.P.L.R § 5225(a):

| 2015 | Honor Up & 1 other title; motion picture. | V9960D594 |
| --- | --- | --- |
| 2017 | Too honorable & 1 other title; motion picture | V9963D188 |
| 2017 | Too honorable; motion picture | V9944D865 |
| 2017 | Too honorable; motion picture | V9944D864 |
| 2018 | We Went To...China and 2 other titles | V9962D993 |
| 2015 | Welcome to Blackroc & 2 other titles; motion picture. | V9929D973 |
| 2015 | Welcome to Blackroc & 2 other titles; ; motion picture | V9929D974 |
| 2015 | Welcome to Blackroc & 2 other titles; ; motion picture | V9929D975 |

---

[1] This ownership structure was indicated in Horn's answer to an interrogatory issued by Brooks. However, in 2021, counsel for The Dash Group LLC and Horn indicated that Horn is the sole owner of The Dash Group LLC.

Horn's ownership interest in the above-captioned assets (collectively, the "Assets") was not challenged by any party. Accordingly, pursuant to the power to enforce its judgements, <u>Peacock v. Thomas</u>, 516 U.S. 349, 356 (1996), the Court hereby orders the following:

1. Within 21 days of entry of this order, Horn shall turn over to counsel for Brooks certificates and other documents evidencing Horn's ownership in the Assets.

2. Within 10 days of receiving evidence of ownership, Brooks, through counsel, shall turn over to the U.S. Marshal for the Southern District of New York (i) a fully executed assignment (the "Assignment") that assigns to the U.S. Marshal all rights, titles, and interest in the Assets, and (ii) any corresponding certificates issued by the companies sought to be sold at public auction evidencing Horn's interest or any other document evidencing Horn's ownership in the Assets.

3. Within 180 days of the U.S. Mashal's receipt of Horn's ownership in the Assets, the Marshal shall sell the Assets at public auction.

4. Following completion of the auction sale, the U.S. Marshal shall deliver (i) to Brooks, proceeds of the sale in an amount not to exceed the amount owed pursuant

to the Judgment plus post-judgment interest; and (ii) to Horn, proceeds from the sale that exceed the amount owed to Plaintiffs pursuant to the Judgment.

SO ORDERED.

Dated: New York, NY

May 12, 2025

JED S. RAKOFF, U.S.D.J.