UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
POPPINGTON LLC and RAQUEL HORN,

     Plaintiffs,

     -v-

EDWYNA BROOKS and JOHN DOE 1-10,

     Defendants.
```

20-cv-8616 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

   The parties in this action have informed the Court that they have reached a settlement and have submitted the executed settlement agreement to be filed under seal.

   Since execution of the settlement will not be completed until December 15, 2025, this action is hereby stayed in all respects, on the understanding that unless the parties otherwise notify the Court, the Court will enter final judgment dismissing this action no later than January 15, 2026.

   SO ORDERED.

Dated:   New York, NY
         July 24, 2025

JED S. RAKOFF, U.S.D.J.